1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   ALVIN LEE HARVEY,                        Case No. 2:20-cv-00203-JDP (PC)

11                  Plaintiff,                ORDER GRANTING DEFENDANT'S
                                              MOTION FOR AN EXTENSION OF TIME
12         v.
                                              ECF No. 15
13   NICHOLAS AGUILERA,

14                  Defendant.

15

16

17         Defendant has filed a motion for an extension of time to file a response to plaintiff's first

18   amended complaint.  ECF No. 15.  Good cause appearing, defendant's motion is granted.

19   Defendant shall file a responsive pleading on or before February 11, 2021.

20

21   IT IS SO ORDERED.

22

23   Dated:    January 19, 2021                   _____
                                                  JEREMY D. PETERSON
24                                                UNITED STATES MAGISTRATE JUDGE

25

26

27

28